IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HECTOR B. ROA,<br><br>  Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.<br><br>  Defendant. | )<br>)<br>)  Civil Action No. 11-62551-CV-Dimitrouleas<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SELECTION OF MEDIATOR

Pursuant to this Court's Scheduling Order [Doc. 8], the Parties hereby provide notice of selecting Rodney Romano with Matrix Mediation, Inc. located at 1655 Palm Beach Lakes Boulevard, Suite 700, West Palm Beach, Florida 33401.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Adam J. Knight
　　　　　　　　　　　　　　　　　　　Adam J. Knight, Esq.
　　　　　　　　　　　　　　　　　　　Florida Bar Number 69400
　　　　　　　　　　　　　　　　　　　Attorney for the Plaintiff

　　　　　　　　　　　　　　　　　　　Henry W. Hicks, P.A.
　　　　　　　　　　　　　　　　　　　601 South Fremont Avenue
　　　　　　　　　　　　　　　　　　　Tampa, Florida 33606
　　　　　　　　　　　　　　　　　　　Tele. 813.876.3113
　　　　　　　　　　　　　　　　　　　Fax. 813.871.9202
　　　　　　　　　　　　　　　　　　　aknight@titlemark.net

## CERTIFICATE OF SERVICE

    I hereby certify that I filed a copy of the foregoing Notice of Selection of Mediator by using the CM/ECF system, which will send electronic copies to all counsel of record in this action.

                                        /s/ Adam J. Knight
                                        Adam J. Knight, Esq.
                                        Florida Bar Number 69400